**Dismissed and Memorandum Opinion filed September 10, 2013.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-13-00658-CR

_____

### DANIEL MARRITT STALEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Court Cause No. 13-16365**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated assault. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on April 22, 2013, to confinement for six years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Frost, Boyce, and Jamison.
Do Not Publish—Tex. R. App. P. 47.2(b)